UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NUMBER:  4:11-CV-00250-RBH

| | |
|---|---|
| Arthur Tambourine and Marlene Tambourine,<br><br>Plaintiffs,<br><br>vs.<br><br>Westgate Myrtle Beach, LLC; CGI Sales, LLC d/b/a Communique Sales, LLC; and First American Title Insurance Company,<br><br>Defendants. | **CONSENT ORDER FOR RELEASE OF FUNDS AND DISMISSAL** |

This matter comes before the Court by consent pursuant to Rules 41(a)(2) and 67 of the Federal Rules of Civil Procedure, and Local Rule 67.01 D.S.C.  The parties jointly seek leave of the court to release funds in the amount of $43,000, previously deposited by Defendant, First American Title Insurance Company, with the Clerk of Court, and to dismiss the case with prejudice.  The Court is advised that the parties have reached an agreement and the case is settled.  Therefore, the funds should be released to counsel for Defendant s Westgate Myrtle Beach, LLC; and CGI Sales, LLC d/b/a Communique Sales, LLC, for disbursement in accordance with the executed Settlement Agreement and Release, and the case dismissed with prejudice.

IT IS THEREFORE ORDERED that the Clerk of Court release the $43,000 to John S. Wilkerson, III, counsel for Defendants Westgate Myrtle Beach, LLC; and CGI Sales, LLC d/b/a Communique Sales, LLC, and that the case be dismissed with prejudice.

IT IS SO ORDERED.

s/ R. Bryan Harwell_____
R. Bryan Harwell
United States District Judge

December 28, 2011
Florence, South Carolina

**WE SO CONSENT:**

| | |
|---|---|
| THE FLOYD LAW FIRM, PC | TURNER PADGET GRAHAM & LANEY, PA |
| By: s/Bradley A. Floyd<br>Bradley A. Floyd<br>Fed. ID# 10075<br>P.O. Drawer 14607<br>Surfside Beach, SC 29587<br>Telephone: (843) 238-5141<br>Facsimile: (843) 238-9060<br>Email: crrhodes@floydlaw.com | By: s/John S. Wilkerson, III<br>John S. Wilkerson, III<br>Fed. ID# 4657<br>P.O. Box 22129<br>Charleston, South Carolina 29413<br>Telephone: (843) 576-2801<br>Fax: (843) 576-1655<br>Email: JWilkerson@TurnerPadget.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR WESTGATE MYRTLE BEACH, LLC AND CGI SALES, LLC D/B/A COMMUNIQUE SALES, LLC** |