UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CIVIL ACTION NUMBER: 4:11-CV-00250-RBH

| | |
|---|---|
| Arthur Tambourine and Marlene Tambourine, <br><br> Plaintiffs, <br><br> vs. <br><br> Westgate Myrtle Beach, LLC; CGI Sales, LLC d/b/a Communique Sales, LLC; and First American Title Insurance Company, <br><br> Defendants. | **REVISED CONSENT ORDER FOR RELEASE OF FUNDS AND DISMISSAL** |

This matter comes before the Court by consent pursuant to Rules 41(a)(2) and 67 of the Federal Rules of Civil Procedure, and Local Rule 67.01 D.S.C. The parties jointly seek that this Court release funds in the amount of $43,000, previously deposited by Defendant, First American Title Insurance Company, and including any interest accrued, with the Clerk of Court, and dismiss the case with prejudice. The Court is advised that the parties have reached an agreement and the case is settled. Therefore, the funds should be released as follows: $36,000 to counsel for Plaintiffs, Arthur and Marlene Tambourine, including 84% of any interest accrued; and $7,000 to counsel for Defendants Westgate Myrtle Beach, LLC; and CGI Sales, LLC d/b/a Communique Sales, LLC, including 16% of any interest accrued, for disbursement in accordance with the executed Settlement Agreement and Release; and the case dismissed with prejudice.

IT IS THEREFORE ORDERED that the Clerk of Court release the $43,000 as follows: $36,000 to counsel for Plaintiffs, Arthur and Marlene Tambourine, including 84% of any interest accrued; and $7,000 to counsel for Defendants Westgate Myrtle Beach, LLC; and CGI Sales, LLC d/b/a Communique Sales, LLC, including 16% of any interest accrued, for disbursement in



accordance with the executed Settlement Agreement and Release; and the case is dismissed with prejudice.

    IT IS SO ORDERED.

                                                                         R. Bryan Harwell  
                                                                        United States District Judge

January ___, 2012  
Florence, South Carolina

**WE SO CONSENT:**

TURNER PADGET GRAHAM & LANEY, PA

By: s/John S. Wilkerson, III
John S. Wilkerson, III
Fed. ID# 4657
P.O. Box 22129
Charleston, South Carolina 29413
Telephone: (843) 576-2801
Fax: (843) 576-1655
Email: JWilkerson@TurnerPadget.com

**ATTORNEYS FOR WESTGATE MYRTLE BEACH, LLC AND CGI SALES, LLC D/B/A COMMUNIQUE SALES, LLC**


THE FLOYD LAW FIRM, PC

By: s/Bradley A. Floyd
Bradley A. Floyd
Fed. ID# 10075
P.O. Drawer 14607
Surfside Beach, SC 29587
Telephone: (843) 238-5141
Facsimile: (843) 238-9060
Email: crrhodes@floydlaw.com

**ATTORNEYS FOR PLAINTIFFS**

RBtJ #3